```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0076--CR (HRH)
                          "USA V MONTELL TILLIS"
                          DEF 1.1 TILLIS, MONTELL

    In public format, including terminated defendants, excluding terminated counsel
```

```
 Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
 Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
            Filed: 05/01/01
           Closed: 08/15/01
No. of Defendants: 1
   MJ Case Number: A01-0083--MJ
              AKA:
  Location status: U.S. Custody
       Trial date:
       Terminated: YES
Needs interpreter: NO
Counsel of record: Allen N. Dayan
                   Allen N. Dayan & Associates
                   745 W. 4th Avenue, Suite 230
                   Anchorage, AK 99501
                   907-277-2330
                   FAX 907-277-7780
                   Serve: YES
                    Type: Retained
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Charlie W. Brown
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 TILLIS, MONTELL
```

| Document   | Count | Citation and Description           | Disposition        |
|------------|-------|------------------------------------|--------------------|
| 1 -  1 INF | 1     | 21:846 ATTEMPT AND CONSPIRACY (F)  | Sentenced (15-1)   |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A01-0076--CR (HRH)
                              "USA V MONTELL TILLIS"

                        In public format, for all filing dates
```

```
   Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 05/01/01
            Closed: 08/15/01
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 05/01/01 | [Re: DEF 1] PLF 1 Information. |
| 2 - 1 | 05/01/01 | [Re: DEF 1] Documents 2,3,4,7 & 10 transferred from: A01-0083MJ (AHB) to A01-0076 (HRH). |
| NOTE - 1 | 05/04/01 | Issued: Proposed Trial Date Setting for Arr to CMC for USDJ. |
| 3 - 1 | 05/04/01 | [Re: DEF 1] AHB Minute Order re Arr set for 5/7/01 at 11:00 a.m. cc: USA, A. Dayan, USM, USPO |
| 4 - 1 | 05/07/01 | [Re: DEF 1] AHB Court Minutes [ECR: Bonnie Boyer] re Arr on Info (Hled 5/7/01); A. Dayan apptd; waiver of Indt filed; def pled not guilty; PTM's due 5/14/01; cnsl requested COP hrg be set before Judge Holland. cc: USA, A. Dayan, USM, USPO, Judge Holland |
| 5 - 1 | 05/07/01 | [Re: DEF 1] Waiver of indictment. |
| 6 - 1 | 05/07/01 | [Re: DEF 1] AHB Order regarding preparation for trial re PTM's due 5/14/01; cnsl to meet & confer by 5/7/01. cc: USA, A. Dayan |
| 7 - 1 | 05/16/01 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 8 - 1 | 05/21/01 | [Re: DEF 1] HRH Minute Order setting TBJ for 6/4/01 at 9:00. cc: cnsl, jury clerk, PO, USM, MJ Branson |
| 9 - 1 | 05/23/01 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 10 - 1 | 05/25/01 | [Re: DEF 1] HRH Minute Order resetting TBJ for PCOP on 5/31/01 at 2:15 pm. cc: USA, USM, PO, A. Dayan, JC, MJ Branson |
| 11 - 1 | 06/04/01 | [Re: DEF 1] HRH Court Minutes [ECR: Elisa Singleton/Debby Lyons] COP, held 5/31/01; pled G ct 1; IOS 8/10/01 at 8:30; TBJ 6/4/01 vacated off record. cc: USA, USM, PO, A. Dayan, MJ Branson |
| 12 - 1 | 08/02/01 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 13 - 1 | 08/07/01 | DEF 1 Statement of sentencing factors to be relied upon at sentencing. |
| 14 - 1 | 08/14/01 | [Re: DEF 1] HRH Court Minutes [ECR: Debby Willoughby-Lyons] IOS held 8/10/01, sent 63 months; s/r 4 years; s/a $100. |
| 15 - 1 | 08/15/01 | [Re: DEF 1] HRH Judgment pleaded guilty to count(s) 1 of the Information (1-1); sent 63 months; s/r 48 months, s//a $100. cc: USA, USM, PO, A. Dayan, def (by A. Dayan), FLU, MJ Branson |
| 16 - 1 | 09/25/01 | [Re: DEF 1] Partial Transcript re:IOS held 8/10/01. |
| 17 - 1 | 11/23/05 | [Re: DEF 1] HRH Order and petition for SR modif; def to submit to drug testing. cc: USPO |

ACMS: R_RDSDI          As of 02/28/06 at 10:48 AM by PAM                    Page 1