## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

  UNITED STATES OF AMERICA   v.   MONTEL TILLIS 

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                                          CASE NO.  3:01-cr-00076-HRH 

 Pam Richter 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 28, 2006

**INITIAL APPEARANCE** on a petition to modify conditions of supervised release in the above-captioned case is hereby set for **Thursday, April 6, 2006, at 9:30 a.m.,** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

[]{ARRAIGNR.WPD*Rev.3/97}