# United States District Court
for the
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A01-0076 CR (HRH) |
| ) | |
| vs. ) | DISMISSAL OF PETITION FOR |
| ) | WARRANT OR SUMMONS FOR |
| ) | OFFENDER UNDER SUPERVISED |
| Montel Tillis ) | RELEASE |

**IT IS HEREBY ORDERED** that the Petition for Warrant or Summons for Offender Under Supervised Release filed February 28, 2006, at Document 18-1 is hereby dismissed, and the related Summons is quashed.

Dated this ___8___ day of ___March___, 20_06_

**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District Court Judge