PROB 12B
(7/93)

# United States District Court

## for the

## District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Montell Larue Tillis                    Case Number: A01-0076 CR (HRH)

Sentencing Judicial Officer:   H. Russel Holland, Chief U.S. District Court Judge

Date of Original Sentence:   August 10, 2001

Original Offense:   Conspiracy to Distribute Cocaine

Original Sentence:   63 months imprisonment, 4 years supervised release

Date Supervision Commenced: May 6, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

You shall reside at and participate in a community corrections center (community corrections component) as instructed by the Probation Officer, for a period not to exceed six months, or until discharged by the program director, pursuant to 18 USC 3563(b)(12).

### CAUSE

On August 10, 2001, the offender was sentenced to 63 months imprisonment and four years supervised release after being convicted of Conspiracy to Distribute Cocaine in violation of 18 U.S.C. § 846.

On May 6, 2005, the offender was released from the custody of the Federal Bureau of Prisons in the Central District of California and supervision was assumed by the U.S. Probation Office in Santa Fe Springs. The offender, who has a history of substance abuse was placed in outpatient treatment.

On November 21, 2005, the offender submitted a urine sample, which tested positive for the presence of marijuana. The offender was confronted and admitted to use of marijuana. The offender was continued in outpatient treatment and put in the highest level of testing.

On December 8, 2005, the Court was notified of the violation and concurred that no formal court action should be taken.

**SCANNED**

*Request for Modification of Conditions or Term*
*Name of Offender        :        Montell Larue Tillis*
*Case Number             :        A01-0076 CR (HRH)*

On December 21, 2005, the offender submitted a urine sample, which tested positive for the presence of marijuana. The offender denied using marijuana but admitted being around it. The probation officer offered to place the offender in residential treatment, which was declined by the offender, who maintains that he does not have a substance abuse problem. The probation officer, who considered but rejected the option of home confinement due to the offender's employment situation, approached the offender with a request to voluntarily modify his conditions to include a condition requiring his placement in the Community Corrections Center (CCC). The offender declined to voluntarily modify his conditions.

On February 13, 2006, the probation officer in Santa Fe Springs contacted the undersigned and requested that a Petition be filed with the Court of jurisdiction requesting a Summons be issued. The probation officer in Santa Fe Springs indicated that it was her ultimate goal to request a modification of conditions to require a four-month CCC placement.

On February 28, 2006, a Petition for Summons was filed with the Court alleging two violations of supervision and requesting a modification of conditions.

On March 3, 2006, the undersigned was notified that the offender had now signed a voluntary modification of conditions requiring CCC placement (attached). It was also requested that the Summons be quashed and that transfer of jurisdiction proceedings be initiated.

Respectfully submitted,

*Eric D. Odegard* (signature)

Eric D. Odegard
U.S. Probation/Pretrial Services Officer
Date: March 13, 2006

---

**THE COURT ORDERS:**

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other: _____

_____

*Request for Modification of Conditions or Term*
*Name of Offender      :      Montell Larue Tillis*
*Case Number           :      A01-0076 CR (HRH)*

**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District Court Judge

Date: 3/14/06

-3-

PROB: 49
(3/89)

UNITED STATES DISTRICT COURT
District of Alaska

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**You shall reside at and participate in a community corrections center (community corrections component) as instructed by the Probation Officer, for a period not to exceed six months, or until discharged by the program director, pursuant to 18 USC 3563(b)(12).**

Witness: _GRACIELA CORRAL_    Signed: _Montell Larue Tillis_
        U. S. Probation Officer

Date: _3/3/06_