PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

*FILED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*APR - 6 2006*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY ___*

DOCKET NUMBER *(Tran. Court)*
A01-0076 CR (HRH)

DOCKET NUMBER *(Rec. Court)*
06-00273 SVW

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Montel Tillis<br>13202 Downey Avenue, #25<br>Downey, California 90241 | DISTRICT OF ALASKA | Anchorage |
| | NAME OF SENTENCING JUDGE | |
| | H. Russel Holland, Senior U.S. District Court Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>May 6, 2005 | TO<br>May 5, 2009 |

OFFENSE

Conspiracy to Distribute Cocaine, 21 U.S.C. § 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/8/06
Date

**REDACTED SIGNATURE**
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>CENTRAL DISTRICT OF CALIFORNIA</u>

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR -6 2006
*Effective Date*

redacted signature
**CHIEF** *United States District Judge*

